**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Philip F. Carrozza<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx−xx−5142<br>EIN   __−_____ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   ____<br>EIN   __−_____ |
| United States Bankruptcy Court    District of New Jersey | | |
| Case number:   19−32331−JNP | | |

# Order of Discharge                                                                                        12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

  Philip F. Carrozza

_2/5/25_                                                         **By the court:** <u>Jerrold N. Poslusny Jr.</u>
                                                                                    United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:              Case No. 19-32331-JNP

Philip F. Carrozza       Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1       User: admin       Page 1 of 4

Date Rcvd: Feb 05, 2025       Form ID: 3180W       Total Noticed: 57

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 07, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Philip F. Carrozza, 270 Ianelli Road, Clarksboro, NJ 08020-1153 |
| cr | + | HOME POINT FINANCIAL CORPORATION, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 518592355 | | Ditech Financial LLC, PO Box 6172, Rapid City, SD 57709-6172 |
| 518592357 | + | Home Point Financial, PO Box 619063, Dallas, TX 75261-9063 |
| 518631114 | + | Melanie Young, 270 Ianelli Road, Clarksboro, NJ 08020-1153 |
| 518592359 | + | New Jersey Motor Vehicle Commission, PO Box 403, Trenton, NJ 08666-0403 |
| 518631113 | + | Tina Carrozza, 330 Concetta Drive, Mount Royal, NJ 08061-1112 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 05 2025 20:47:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 05 2025 20:47:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: RASEBN@raslg.com | Feb 05 2025 20:46:00 | Home Point Financial Corporation, Robertson, Anschutz, Schneid & Crane LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth,, GA 30097-8461 |
| 518592348 | | Email/PDF: bncnotices@becket-lee.com | Feb 05 2025 20:57:49 | American Express, PO Box 1270, Newark, NJ 07101-1270 |
| 518661931 | | Email/PDF: bncnotices@becket-lee.com | Feb 05 2025 20:44:58 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518592349 | | EDI: CITICORP | Feb 06 2025 01:32:00 | Best Buy Credit Services, PO BOX 9001007, Louisville, KY 40290-1007 |
| 518650241 | + | Email/Text: enotifications@santanderconsumerusa.com | Feb 05 2025 20:47:00 | CCAP Auto Lease Ltd., P.O. BOX 961275, FORT WORTH, TX 76161-0275 |
| 518631115 | ^ | MEBN | Feb 05 2025 20:41:39 | Chrysler Capital, CCAP Auto Lease, PO Box 660647, Dallas, TX 75266-0647 |
| 518592351 | + | Email/Text: enotifications@santanderconsumerusa.com | Feb 05 2025 20:47:00 | Chrysler Capital, ATTN: Bankruptcy Dept., PO Box 961278, Fort Worth, TX 76161-0278 |
| 518592350 | + | Email/Text: enotifications@santanderconsumerusa.com | Feb 05 2025 20:47:00 | Chrysler Capital, PO Box 961275, Fort Worth, TX 76161-0275 |
| 518592352 | + | EDI: CITICORP | Feb 06 2025 01:32:00 | Citi Cards, 701 East 60th Street N, IBS CDV Disputes, Sioux Falls, SD 57104-0432 |
| 518681584 | | EDI: CITICORP | Feb 06 2025 01:32:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 518592353 | | Email/PDF: creditonebknotifications@resurgent.com | | |

Case 19-32331-JNP    Doc 79    Filed 02/07/25    Entered 02/08/25 00:16:01    Desc Imaged
                              Certificate of Notice    Page 4 of 6

| District/off: 0312-1 | User: admin | Page 2 of 4 |
| --- | --- | --- |
| Date Rcvd: Feb 05, 2025 | Form ID: 3180W | Total Noticed: 57 |

| Recipient ID | | Notice Method | Date/Time | Recipient Address |
| --- | --- | --- | --- | --- |
| | | | Feb 05 2025 20:43:46 | Credit One Bank, PO Box 60500, City of Industry, CA 91716-0500 |
| 518592354 | | EDI: DISCOVER | Feb 06 2025 01:32:00 | Discover, PO Box 71084, Charlotte, NC 28272-1084 |
| 518605997 | | EDI: DISCOVER | Feb 06 2025 01:32:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519049357 | + | Email/Text: RASEBN@raslg.com | Feb 05 2025 20:46:00 | HOME POINT FINANCIAL CORPORATION, Harold Kaplan, RAS CITRON, LLC, 130 CLINTON RD #202, FAIRFIELD, NJ 07004-2927 |
| 518592358 | + | EDI: HFC.COM | Feb 06 2025 01:32:00 | HSBC Bank USA NA, PO Box 2013, Buffalo, NY 14240-2013 |
| 518684412 | ^ | MEBN | Feb 05 2025 20:42:01 | HSBC Bank USA, N.A., 2929 Walden Ave C17, Attn:Business Services, Depew, N.Y. 14043-2690 |
| 518592356 | | EDI: CITICORP | Feb 06 2025 01:32:00 | Home Depot Credit Services, PO Box 9001010, Louisville, KY 40290-1010 |
| 518607559 | ^ | MEBN | Feb 05 2025 20:40:40 | Home Point Financial Corporation, c/o D. Anthony Sottile, Authorized Agent, 394 Wards Corner Road, Suite 180, Loveland, OH 45140-8362 |
| 518659618 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 05 2025 20:46:00 | Home Point Financial Corporation, 11511 Luna Road, Suite 300, Farmers Branch, TX 75234-6451 |
| 518685238 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 05 2025 20:44:17 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518811591 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 05 2025 20:57:10 | LVNV Funding, LLC, c/o Resurgent Capital Services, PO BOX 10587, Greenville, SC 29603-0587 |
| 518811592 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 05 2025 20:57:09 | LVNV Funding, LLC, c/o Resurgent Capital Services, PO BOX 10587, Greenville, SC 29603-0587, LVNV Funding, LLC, c/o Resurgent Capital Services 29603-0587 |
| 519146287 | + | EDI: AISMIDFIRST | Feb 06 2025 01:32:00 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6077, MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 519146286 | + | EDI: AISMIDFIRST | Feb 06 2025 01:32:00 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 518697439 | | Email/Text: mtgbk@shellpointmtg.com | Feb 05 2025 20:46:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 518698114 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Feb 05 2025 20:46:00 | Nissan Infiniti LT, PO Box 9013, Addison, Texas 75001-9013 |
| 518631116 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Feb 05 2025 20:46:00 | Nissan Infiniti LT, PO BOX 660366, Dallas, TX 75266-0366 |
| 518592360 | | Email/Text: NissanBKNotices@nationalbankruptcy.com | Feb 05 2025 20:46:00 | Nissan Motor Acceptance Corp, PO Box 660360, Dallas, TX 75266-0360 |
| 519628960 | | EDI: PRA.COM | Feb 06 2025 01:32:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 519628961 | | EDI: PRA.COM | Feb 06 2025 01:32:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518592363 | | Email/Text: ProsperBK@prosper.com | Feb 05 2025 20:47:00 | Prosper Funding, LLC, 221 Main Street, Suite 300, San Francisco, CA 94105 |

Case 19-32331-JNP   Doc 79   Filed 02/07/25   Entered 02/08/25 00:16:01   Desc Imaged
Certificate of Notice   Page 5 of 6

| District/off: 0312-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Feb 05, 2025 | Form ID: 3180W | Total Noticed: 57 |

| 518592361 | | EDI: SYNC | Feb 06 2025 01:32:00 | PayPal Credit/SYNCB, PO Box 960006, Orlando, FL 32896-0006 |
|---|---|---|---|---|
| 518592362 | + | Email/Text: bankruptcy1@pffcu.org | Feb 05 2025 20:46:00 | Police and Fire FCU, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 518672398 | + | Email/Text: bankruptcy1@pffcu.org | Feb 05 2025 20:46:00 | Police and Fire Federal Credit Union, Greenwood One, 3333 Street Road, Bensalem, PA 19020-2022 |
| 518696764 | + | Email/Text: bncmail@w-legal.com | Feb 05 2025 20:47:00 | Prosper Marketplace Inc., C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 518672018 | | EDI: Q3G.COM | Feb 06 2025 01:32:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 518592364 | | EDI: CITICORP | Feb 06 2025 01:32:00 | Sears Credit Cards, PO Box 78051, Phoenix, AZ 85062-8051 |
| 518592365 | + | Email/Text: mtgbk@shellpointmtg.com | Feb 05 2025 20:46:00 | Shellpoint Mortgage, PO BOX 619063, Dallas, TX 75261-9063 |
| 518684348 | ^ | MEBN | Feb 05 2025 20:42:30 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 518593798 | ^ | MEBN | Feb 05 2025 20:42:31 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518592366 | + | Email/Text: jcissell@bankofmissouri.com | Feb 05 2025 20:46:00 | TBOM/Milestone, 216 West 2nds Street, Dixon, MO 65459-8048 |
| 518592367 | + | EDI: TDBANKNORTH.COM | Feb 06 2025 01:33:00 | TD RCS/Raymour & Flanigan, 1000 MacArthur Boulevard, Mahwah, NJ 07430-2035 |
| 518649289 | + | EDI: CBSTDR | Feb 06 2025 01:32:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 518592368 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Feb 05 2025 20:46:00 | Toyota Financial Services, PO Box 4102, Carol Stream, IL 60197-4102 |
| 518653021 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Feb 05 2025 20:46:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 518592369 | + | EDI: LCIUPSTART | Feb 06 2025 01:32:00 | Upstart Network, Inc., 2950 South Delaware Street, San Mateo, CA 94403-2577 |
| 518681695 | | EDI: WFFC2 | Feb 06 2025 01:32:00 | Wells Fargo Bank, N.A., Wells Fargo Education Financial Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 518592370 | | EDI: WFFC | Feb 06 2025 01:32:00 | Wells Fargo EFS, PO Box 10365, Des Moines, IA 50306-0365 |

TOTAL: 50

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520502712 | | U.S. Bank Trust National Association, not inits in |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

| District/off: 0312-1 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Feb 05, 2025 | Form ID: 3180W | Total Noticed: 57 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2025          Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 5, 2025 at the address(es) listed below:

**Name**  **Email Address**

Andrew B Finberg
   on behalf of Trustee Andrew B Finberg ecfmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us

Andrew B Finberg
   ecfmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us

Denise E. Carlon
   on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Harold N. Kaplan
   on behalf of Creditor HOME POINT FINANCIAL CORPORATION hkaplan@rasnj.com  kimwilson@raslg.com

Harold N. Kaplan
   on behalf of Creditor Home Point Financial Corporation hkaplan@rasnj.com  kimwilson@raslg.com

Harold N. Kaplan
   on behalf of Creditor Citigroup Mortgage Loan Trust 2021-RP3 hkaplan@rasnj.com  kimwilson@raslg.com

Jeffrey E. Jenkins
   on behalf of Debtor Philip F. Carrozza mail@jjenkinslawgroup.com  JenkinsClayman@jubileebk.net

Kimberly A. Wilson
   on behalf of Creditor U.S. Bank Trust Company  National Association kimwilson@raslg.com

Melissa N. Licker
   on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing mlicker@hinshawlaw.com

Raymond Shockley, Jr
   on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com

U.S. Trustee
   USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 11